**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS)<br>Adv. Proc. No. 24-50013 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>              Plaintiff-Appellee,<br><br>GLAS TRUST COMPANY, LLC,<br><br>              Intervenor-Plaintiff-Appellee,<br><br>      v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT,<br>LLC,  INSPILEARN LLC, and RIJU<br>RAVINDRAN,<br><br>              Defendants-Appellants. | C.A. No. 25-322 (MN)<br>C.A. No. 25-854 (MN) |

## <u>STIPULATION AND ORDER ON CONSOLIDATION OF APPEALS</u>

**IT IS HEREBY STIPULATED AND AGREED** among the undersigned parties, in accordance with the Court's August 11, 2025 Oral Order, that the above-captioned appeals pending at C.A. Nos. 25-322 and 25-854 shall be consolidated.

It is further stipulated and agreed that the following schedule will govern the submission of briefs in the consolidated appeals:

1.      The opening brief(s) of Appellants Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC and Camshaft Capital Management LLC (collectively, "Camshaft") and Appellant Riju Ravindran ("Ravindran") shall be filed on or before September 12, 2025;

2.      The answering brief(s) of Appellees BYJU's Alpha, Inc., and GLAS Trust Company, LLC shall be filed on or before October 13, 2025; and

3.      Camshaft's and Ravindran's reply brief(s) shall be filed on or before November 3, 2025.

Respectfully submitted,

Dated: August 29, 2025
Wilmington, Delaware

**KLEIN LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

and

Pieter Van Tol (admitted *pro hac vice* )
**VAN TOL LAW PLLC**
199 8th Avenue, Suite B3
Brooklyn, NY 11215
www.vantol-law.com

*Counsel for Appellants*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
William B. Adams (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
williamadams@quinnemanuel.com
benjaminfinestone@quinnemanuel.com

*Counsel for Appellee BYJU's Alpha, Inc.*

**PACHULSKI STANG ZIEHL
& JONES LLP**
*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Tel.: (302) 652-4100
pkeane@pszjlaw.com

*Counsel for Appellee GLAS Trust Company,
LLC*

**SO ORDERED this 21st day of August 2025.**

**The Honorable Maryellen Noreika
United States District Judge**

3